UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVESTER LLC d/b/a EMBARGO, NEWMAN GALATI, TOWN TAXI OF CAPE COD, INC., HUDSON AGUIAR, and HOSPITALITY MUTUAL INSURANCE COMPANY<br><br>Defendants. | C.A. NO.: 19-11634<br><br>Electronically Filed |

**PLAINTIFF ATAIN SPECIALTY INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff Atain Specialty Insurance Company and moves this Honorable Court pursuant to Rule 56 to enter summary judgment on its behalf on Count I and Count II of its Complaint. As reasons therefore, Atain Specialty Insurance Company states that there are no material facts in dispute and judgment is warranted as a matter of law.

Filed herewith an incorporated herein are Atain Specialty Insurance Company's Statement of Undisputed Material Facts and Atain Specialty Insurance Company's Memorandum of Law.

Wherefore, Atain Specialty Insurance Company moves this Honorable Court to enter judgment on its behalf.

Respectfully Submitted,

Atain Specialty Insurance Company
By Its Attorneys,

*/s/ Matthew W. Perkins*
Matthew W. Perkins
BBO No. 564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II, One Pine Hill Drive
Suite 105, Quincy, MA 02169
(617) 328-1900
mperkins@lecomtelaw.com

Dated: August 26, 2020

## PLAINTIFF'S CERTIFICATE OF CONSULTATION
## PURSUANT TO LOCAL RULE 7.1

Now comes the Plaintiff's counsel pursuant to Local Rule 7.1 and states that counsel has consulted with counsel of record for the Defendants regarding the Plaintiff's Motion for Summary Judgment and attempted, in good faith, to narrow the issues raised in the motion, without success.

*/s/ Matthew W. Perkins*

## CERTIFICATE OF SERVICE

I, Matthew Perkins, counsel of record for the Plaintiff, Atain Specialty Insurance Company, do hereby certify on this 26th day of August 2020, that I have served a copy of the foregoing which was filed through the ECF System and has been served pursuant to Local Rule 5.2(b) to the following counsel of record:

Robert A. Bianchi
Robert A. Bianchi and Associates
P.O. Box 128
55 Sea St. Ext.
Hyannis, MA 02601

John Brosnan, Esquire
O'Malley and Harvey
400 Fifth Avenue
Suite 310
Waltham, MA 02451

John Manoog, Esq.
Paul R. Kelley, Esquire
450 South Street
Hyannis, MA  02601

Charles M. Sabatt, Esq.
Suite 8
540 Main street
Hyannis, MA 02601
508-775-5050

            By Plaintiff's Counsel:

            /s/ Matthew W. Perkins
            Matthew W. Perkins, BBO# 564868
            Lecomte, Emanuelson and Doyle
            Batterymarch Park II
            One Pine Hill Drive, Suite 105
            Quincy, MA 02169
            (617) 328-1900
            mperkins@lecomtelaw.com